IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORA CUNNINGHAM**                                                                             **PLAINTIFF**

**V.**                                        **NO. 4:19-CV-10-DMB-JMV**

**EAST TALLAHATCHIE SCHOOL
DISTRICT**                                                       **DEFENDANT**

## ORDER

On January 8, 2020, United States Magistrate Judge Jane M. Virden conducted a settlement conference with the parties in this case. The minutes of the conference reflect that this case was settled. Doc. #37. Accordingly, the pending motion for partial summary judgment [31] is terminated and this case is **CLOSED**.

**SO ORDERED**, this 24th day of February, 2020.

                                                              **/s/Debra M. Brown**
                                                              **UNITED STATES DISTRICT JUDGE**